JOSEPH MAZZARELLA, APPELLANT, v. COMPO-SITE, INC., RESPONDENT.

Argued May 22, 1946—Decided September 12, 1946.

For the appellant, *David Roskein (John A. Laird,* of counsel).

For the respondent, *Kalisch & Kalisch* (*Isidor Kalisch,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—PARKER, DONGES, HEHER, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 11.

*For reversal*—None.